UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-1-2004

```
- - - - - - - - - - - - - - - - - - - - - -X
U2 HOME ENTERTAINMENT, INC.,             :
                                         :
                    Plaintiff,           :
                                         :
     -against-                           :      ORDER
                                         :
                                         :      02 Civ. 5828 (JFK)(FM)
HONG WEI INTERNATIONAL TRADING INC.,     :
d/b/a Hong Wei Inc., JIXONG NI, and      :
John Does 2 through 5,                   :
d/b/a HONG WEI, INC.                     :
                                         :
                    Defendants.          :
                                         :
- - - - - - - - - - - - - - - - - - - - - -X
U2 HOME ENTERTAINMENT, INC.,             :
                                         :
                    Plaintiff,           :
                                         :
     -against-                           :
                                         :      04 Civ. 6189 (JFK)
                                         :
HONG WEI INTERNATIONAL TRADING INC.      :
and JIXONG NI,                           :
                                         :
                    Defendants.          :
- - - - - - - - - - - - - - - - - - - - - -X
```

**JOHN F. KEENAN, United States District Judge:**

It is hereby ordered that Wu & Kao, P.L.L.C., attorneys for defendants, shall refrain from communicating directly with plaintiff, U2 Home Entertainment, Inc.

Likewise, and to show that the Court favors neither side, it is further ordered that Sargoy, Stein, Rosen & Shapiro, attorneys for plaintiff, shall refrain from communicating

1

directly with defendants, Hong Wei International Trading, Inc., and Jixong Ni.

SO ORDERED.

Dated: New York, New York
December 1, 2004

_____
JOHN F. KEENAN
United States District Judge